IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JASON COOPER, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:06cv577 |
| | : District Judge Susan J. Dlott |
| SOUTHERN OHIO CORRECTIONAL FACILITY, et. al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on August 29, 2007(Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 18, 2007, hereby ADOPTS said Report and Recommendations.

Plaintiff's Motion for Default Judgment (Doc. 12) is construed as a request for entry of default and therefore is **GRANTED**, and the Clerk is directed to enter a default against Defendant Patrick Shiland pursuant to Fed.R.Civ.P. 55(a).

Plaintiff's request for default judgment is **DENIED** without prejudice to renewal accompanied by an affidavit in support of his claim for damages.

IT IS SO ORDERED.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge